UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pro-Am Golf, Inc.,

Plaintiff,

vs.

Grinnell Mutual Reinsurance Company, an Iowa corporation,

Defendant.

Case No. 00-1640 (JMR/RLE)

**STIPULATION OF PARTIAL DISMISSAL AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, through their respective counsel, that the plaintiff's causes of action against defendant sounding in breach of duty of good faith and fair dealing and infliction of emotional distress may be, and the same hereby are, dismissed with prejudice and on the merits, but without further costs to any of the parties hereto.

**IT IS FURTHER STIPULATED AND AGREED** that any party, without notice to another, may cause judgment of dismissal with prejudice and on the merits to be entered herein.

Dated: 1/22/01

James B. Peterson - ID# 185012
FALSANI, BALMER, PETERSON & QUINN
1200 Alworth Building
306 W. Superior Street
Duluth, MN 55802
(218) 723-1990
ATTORNEY FOR PLAINTIFF

FILED FEB 01 2001
FRANCIS E. DOSAL, CLERK

Dated: 1/29/01

Leatha G. Wolter - ID# 175614
Shawn A. Harris - ID# 029455X
MEAGHER & GEER, P.L.L.P.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 338-0661
ATTORNEY FOR DEFENDANT

## ORDER FOR DISMISSAL

Based upon the foregoing stipulation for dismissal with prejudice entered into by the parties and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED:** That in the above-entitled action, the causes of action against defendant sounding in breach of duty of good faith and fair dealing and infliction of emotional distress are hereby dismissed with prejudice and on the merits, without costs to any of the parties hereto.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

January 31st 2001

**BY THE COURT:**

\858465.1