UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Pro-Am Golf, Inc.,

Plaintiff,

vs.

CERTIFICATE OF READINESS FOR TRIAL

Grinnell Mutual Reinsurance Company,

Defendant.

Civ. No. 00-1640(JMR/RLE)

* * * * * * * * * * * * * * * * * *

TO: Hon. Chief Judge James M. Rosenbaum and all counsel of record:

All parties are hereby notified that the above-entitled case is "Ready for Trial".

Raymond L. Erickson
Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

DATED: October 3rd, 2001
At Duluth, Minnesota

FILED OCT 03 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________