UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Pro-Am Golf, Inc.,

Plaintiff,

vs.

AMENDED
SETTLEMENT CONFERENCE ORDER

Grinnell Mutual Reinsurance Company,

Defendant.

Civ. No. 00-1640(JMR/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 3rd day of April, 2002.

* * *

On February 13, 2002, an Order was entered setting the above-entitled case on for a Settlement Conference on April 9, 2002, in Fergus Falls, Minnesota. On April 3, 2002, counsel and Victoria L. Miller, Judicial Assistant to the undersigned, had a telephonic conference wherein the Settlement Conference would be held on the same date and time, but in Duluth rather than Fergus Falls.

THEREFORE, It is -

ORDERED:

That the above-entitled matter is reset for **Tuesday, April 9, 2002, at 1:30 o'clock p.m.**, before Magistrate Judge Raymond L. Erickson, in Court Room No. 3, United States Courthouse, 515 W. First Street, Duluth, Minnesota, according to the following terms:

17

FILED APR 03 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

1. Counsel who will try the case and a representative of each party with full authority to enter into a compromise settlement agreement **must** attend the Settlement Conference.

2. At the Conference, counsel for each party shall be prepared to present a 20 minute summation, with such demonstrative aids as desired, of the factual and legal grounds upon which their respective client is entitled to a Jury Verdict and to the entry of Judgment on that Verdict. Following the Summary Trial to the Court, the parties shall engage in a Court-assisted Mediation. **Counsel, the parties, and their representatives, should be prepared to expend the remainder of the day in the conduct of the Settlement Conference.**

3. The Settlement Conference will also address all matters contemplated by Rule 16, Federal Rules of Civil Procedure, and a continuance of the Conference will only be granted for good cause shown upon **formal Motion** served and filed in accordance with the Federal Rules of Civil Procedure and the Local Rules.

4. Counsel's attention is drawn to Rule 16(f), Federal Rules of Civil Procedure.

5. Please contact the undersigned's scheduling clerk, Victoria L. Miller, 218-529-3520, **immediately** if this case has settled.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE