UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-1640(JMR/RLE)

| | | |
|---|---|---|
| Pro-Am Golf, Inc. | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Grinnell Mutual Reinsurance Company | ) | |
| | ) | |

This matter was tried to the Court by waiver of the parties. Pursuant to Rule 52 of the Federal Rules of Civil Procedure, the Court's findings of fact and conclusions of law were stated orally and recorded in open court following the close of the evidence. For the reasons stated in court, IT IS ORDERED that:

Judgment be entered on behalf of defendant and against plaintiff.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 16, 2002

JAMES M. ROSENBAUM
United States Chief District Judge

FILED MAY 20 2002
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ______
DEPUTY CLERK'S INITIALS ______